IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| DARA PACE | § | |
| | § | |
| v. | § | |
| | § | CASE NO. 6:14cv264 |
| NOVARTIS PHARMACEUTICALS | § | |
| CORPORATION, *et al*. | § | |
| | § | |

## ORDER

The above-styled lawsuit is set for a Status Conference on September 3, 2014. Defendant Novartis Pharmaceuticals Corporation filed an Unopposed Motion to Re–Set Status Conference (docket no. 19). It is hereby

**ORDERED** that the Unopposed Motion to Re–Set Status Conference (docket no. 19) is **GRANTED**. The Status Conference is **RE–SET** for Tuesday, **September 16, 2014**, at **9:00 a.m**. in the courtroom of United States Magistrate Judge K. Nicole Mitchell, 211 W. Ferguson St., Rm. 353, Tyler, Texas 75702. The Clerk shall send a copy of this Order to counsel for the Plaintiff, John J. Vecchione, John J. Vecchione Law, PLLC, 3863 Plaza Drive, Fairfax, Virginia 22030.

So ORDERED and SIGNED this 4th day of August, 2014.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE